AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

**Return**

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 2:21-MJ-3328 | 07/21/2021 at approx 11:00am | At subject premises (N. Kumar's desk) |

| Inventory made in the presence of: | SA Marc Nelson |
|---|---|

Inventory of the property taken and name of any person(s) seized:

SEE ATTACHED.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 07/23/2021

*Marc Nelson*

*Executing officer's signature*

Marc Nelson, Special Agent

*Printed name and title*

# MASTER LOG INVENTORY

Date: 21-Jul-21
Case: AMG Services, Inc.
Site: 6800 Owensmouth Ave, Suite 230, Canoga Park, CA 91303
POC: Marc Guerra
Copy of Warrant Left: Y

| Item # | Box # | Room # | Where Found | Agent | Description |
|---|---|---|---|---|---|
| 1 | 1 | B | Desk 7 | SA Lee | Documents RE:AMG |
| 2 | 1 | B | Bottom Desk Drawer | SA Lee | Change Documents for AMG |
| 3 | 1 | C1 | On Top of Desk | SA Ding | Accounts Receivable Summary |
| 4 | 1 | B | Desk 10 | SA Hua | DCA Protest of SPE7M1-117-P-1871 ; Various POs and Invoices |
| 5 | 1 | D | On Credenza by Window | SA Kolega | AMG Checks and Services |
| 6 | 1 | N | Recycling Bin | SA Howard | AT&T Customer Service Record |
| 7 | 1 | K | Computer | SA Quaranta | One Western Digital HD, model WD30EFRX, SN: WCC7K3FJ0Z5S, containing images, AMGRMKDT1 + AMGServices.xry case |

I, the above named POC, received a copy of this inventory from a representative of the Defense Criminal Investigative Service.
Signature/Date: _____